**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

**JIMMY DERAND HATTEN,**

      **Plaintiff,**

**vs.**                                   **Case No.  2:03-cv-114-FtM-DNF**

**RICHARD DAVIS, FORT MYERS CITY**
**POLICE DEPARTMENT,**

      **Defendant.**

_____

## ORDER

This matter comes before the Court on Joint Stipulation for Dismissal (Doc. #86) filed on September 14, 2006.  The parties advise that all matters as between them have been settled in their entirety.  Accordingly, it is hereby

**IT IS HEREBY ORDERED:**

This case is **DISMISSED** with prejudice, with each party to bear its own costs and attorney's fees.  The Clerk is directed to enter judgment accordingly and close the file.  The Clerk is further directed to terminate all previously scheduled deadlines and pending motions.

**DONE** and **ORDERED** in Chambers in Ft. Myers, Florida this  18th  day of September, 2006.

*/s/ Douglas N. Frazier*
DOUGLAS N. FRAZIER
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record

-1-